Daniel J. Williams, Esq. (SBN 222841)
LAW OFFICES OF DANIEL J. WILLIAMS
3990 Old Town Ave., Suite 200-A
San Diego, CA 92110
(619) 259-0285; Email: djw2esq@gmail.com
Attorneys for Plaintiffs **TIFFANY TRIEBESS AND RYAN TRIEBESS**

Steven S. Vahidi (SBN 283951)
GOLDBERG SEGALLA, LLP
777 S. Figueroa Street, Suite 1900
Los Angeles, CA 90017
(213) 415-7200; Email: svahidi@goldbergsegalla.com
Attorneys for Defendants **L BRANDS, INC., VICTORIA'S SECRET BEAUTY COMPANY, VICTORIA'S SECRET STORES, LLC, VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.**

Catharine A. Ching, Esq. (SBN 139963)
LAW OFFICES OF JOHN A. BIARD
11070 White Rock Rd., #200
Rancho Cordova, CA 95670
Main (916) 638-6610; Fax (855) 631-5920;
Direct (916) 638-6662  E-mail: cching@travelers.com
Attorneys for Defendant, **ALENE CANDLES, LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY TRIEBESS; RYAN TRIEBESS,<br>      Plaintiff,<br>vs.<br><br>L1 BRANDS, INC; VICOTRIA SECRET BEAUTY CO, DIST; VICTORIA'S SECRET STORES, LLC; VICOTRIA'S SECRET STORES BRAND MANAGEMENT, INC; AND DOES 1 THROUGH 20,<br><br>      Defendants. | Case No.: 2:18-CV-02652-JAM-EFB<br><br>[Originally Filed in Placer County Superior Court, Case No. SCV 0041424]<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES** |

Upon consideration of the parties' Stipulation to Continue Pretrial and Trial Deadlines, and good cause appearing therefor,

IT IS HEREBY ORDERED that the pretrial and trial deadlines be continued as follows:

|  | **Current Deadline** | **Continued Date** |
|---|---|---|
| Expert Disclosure deadline | 2/03/20 |  |
| Supplemental/Rebuttal Expert Disclosure deadline | 2/17/20 |  |
| Discovery cutoff | 3/02/20 |  |
| Dispositive Motion Filing deadline | 3/24/20 |  |
| Dispositive Motion Hearing | 4/21/20 1:30 p.m. |  |
| Joint Pretrial Statement due | 5/8/20 |  |
| Final Pre-Trial Conference | 5/15/20 11 a.m. |  |
| Trial | 6/22/20 9:00 a.m. |  |

Dated:  9/9/2019                             /s/ John A. Mendez_____
                                              United States District Court Judge