1  Daniel J. Williams, Esq. (SBN 222841)
2  LAW OFFICES OF DANIEL J. WILLIAMS
3  3990 Old Town Ave., Suite 200-A
   San Diego, CA 92110
4  (619) 259-0285; Email: djw2esq@gmail.com
5  Attorneys for Plaintiffs **TIFFANY TRIEBESS AND RYAN TRIEBESS**

6  David S. Osterman (*pro hac vice*)
   GOLDBERG SEGALLA
7  902 Carnegie Center, Suite 100
8  Princeton, NJ 08540-6530
   Telephone: (609) 986-1310
9  Fax: (609) 986-1301 Email: *dosterman@goldbergsegalla.com*
10 Attorneys for Defendants **L BRANDS, INC., VICTORIA'S SECRET BEAUTY
   COMPANY, VICTORIA'S SECRET STORES, LLC, VICTORIA'S SECRET
11 STORES BRAND MANAGEMENT, INC.**
12
13 Catharine A. Ching, Esq. (SBN 139963)
   LAW OFFICES OF JOHN A. BIARD
14 11070 White Rock Rd., #200
15 Rancho Cordova, CA 95670
   Main (916) 638-6610; Fax (855) 631-5920;
16 Direct (916) 638-6662 E-mail: *cching@travelers.com*
17 Attorneys for Defendant, **ALENE CANDLES, LLC, L BRANDS, INC., VICTORIA'S
   SECRET BEAUTY COMPANY, VICTORIA'S SECRET STORES, LLC,
18 VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY TRIEBESS; RYAN TRIEBESS,<br>    Plaintiff,<br>vs.<br><br>L1 BRANDS, INC; VICOTRIA SECRET BEAUTY CO, DIST; VICTORIA'S SECRET STORES, LLC; VICOTRIA'S SECRET STORES BRAND MANAGEMENT, INC; AND DOES 1 THROUGH 20,<br>    Defendants. | Case No.: 2:18-CV-02652-JAM-EFB<br><br>[Originally Filed in Placer County Superior Court, Case No. SCV 0041424]<br><br>**ORDER REGARDING JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DEADLINES <u>(AS MODIFIED BY THE COURT)</u>** |

Upon consideration of the parties' Stipulation to Continue Pretrial and Trial Deadlines, and good cause appearing therefor,

IT IS HEREBY ORDERED **(AS MODIFIED BY THE COURT)** that the pretrial and trial deadlines be continued as follows:

|  | **Current Deadline** | **Continued Date** |
|---|---|---|
| Expert Disclosure deadline | 2/03/20 | 4/6/20 |
| Supplemental/Rebuttal Expert Disclosure deadline | 2/17/20 | 5/4/20 |
| Discovery cutoff | 3/02/20 | 5/4/20 |
| Dispositive Motion Filing deadline | 3/24/20 | 6/16/20 |
| Dispositive Motion Hearing | 4/21/20 1:30 p.m. | 7/14/20 @ 1:30 p.m. |
| Joint Pretrial Statement due | 5/8/20 | 8/14/20 |
| Final Pre-Trial Conference | 5/15/20 11 a.m. | 8/21/20 at 10:00 a.m. |
| Trial | 6/22/20 9:00 a.m. | 9/28/20 at 9:00 a.m. |

Dated:  1/13/2020            /s/ John A. Mendez_____
                             United States District Court Judge